## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

Guadalupe Gutierrez-Valenzuela

Citizen of Mexico

USM#: 70596-208    DOB: 1964

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10801-001M-SD

Richard L. Juarez (AFPD)
Attorney for Defendant

ICE#: A78 057 874

**THE DEFENDANT ENTERED A PLEA OF** guilty on 11/29/2007 to Count THREE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count THREE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FIVE (5) MONTHS on Count THREE, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted    **FINE:** $    **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count THREE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10801-001M-SD**  Page 2 of 2
USA vs. Guadalupe Gutierrez-Valenzuela

Date of Imposition of Sentence: **Thursday, November 29, 2007**

_____ Date 11/29/2007_____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____          By:_____
United States Marshal                              Deputy Marshal
07-10801-001M-SD -

DATE: 11/29/2007    CASE NUMBER: 07-10801-001M-SD

## PLEA/SENTENCING MINUTES

USA vs. Guadalupe Gutierrez-Valenzuela

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK

U.S. Attorney _____   INTERPRETER REQ'D  Marcia Resler  
LANGUAGE: Spanish

Attorney for Defendant  Richard L. Juarez (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 11/28/07    ☒ Complaint Filed    ☒ Appointment of counsel hearing held  
☐ Financial Afdvt taken    ☒ No Financial Afdvt taken    ☐ Financial Afdvt sealed  
☒ Initial Appearance

**DETENTION HEARING:**    ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA  
Set for:  before:  
☐ Defendant ordered temporarily detained in the custody of the United States Marshal  
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____  
☐ Defendant continued detained pending trial    ☐ Flight Risk    ☐ Danger

**PLEA HEARING:**    ☒ Held  ☐ Cont'd  ☐ Reset  
Set for:  before:  
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd  
☐ Consent of Defendant  ☐ Information filed _____   ☐ Complaint filed _____  
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts THREE  
☐ Defendant states true name to be ____.  Further proceedings ORDERED in defendant's true name.  
☒ Plea of Guilty entered as to Ct(s)  THREE  of the ☐ Information  ☐ Indictment  ☒ Complaint  
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.  
☐ Plea agreement:  ☐ Lodged  ☐ Filed  ☐ Sealed  
☐ Court does not accept defendant's plea of guilty because _____  
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence  
☐ Continued for sentence to __ before _____  
☒ To be dismissed upon entry of the judgment, Ct(s)  ONE/TWO  
☒   ORDER vacate trial date/motion hearing/mtns moot  
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM

**SENTENCING:**  
☒ Defendant committed to Bureau of Prisons for a period of  5 MONTHS    ☐ Probation/Supervised Release for _____  
☒ Special Assessment $ REMITTED    ☐ Fine $_____   ☐ Restitution $_____  
Other: _____

RECORDED: CS  
BY: Angela J. Tuohy, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Guadalupe GUTIERREZ-Valenzuela
Citizen of Mexico
YOB: 1964
A78 057 874
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 07- 10801M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about October 12, 2007, Defendant Guadalupe GUTIERREZ-Valenzuela was arrested and removed from the United States to Mexico through the port of Laredo, Texas, in pursuance of law, and thereafter on or about November 28, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about November 28, 2007, within the Southern District of California, Defendant Guadalupe GUTIERREZ-Valenzuela, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on June 6, 2007 (Felony).

### COUNT III

That on or about November 28, 2007, within the Southern District of California, Defendant Guadalupe GUTIERREZ-Valenzuela, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

Signature of Complainant
Nicholas Kingston
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

November 29, 2007                at                Yuma, Arizona
Date                                               City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                   Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:                Guadalupe GUTIERREZ-Valenzuela

Dependents:               5 Mexican

**IMMIGRATION HISTORY:**   The Defendant was last removed through Laredo, Texas on October 12, 2007. **The Defendant has been apprehended on six (6) separate occasions by the Border Patrol.**

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 1/06/79  | Los Angeles, CA | Poss Marijuana For Sale | No Dispo |
| 4/0/79   | Los Angeles, CA | Theft Personal Property | 4 Days Jail, 12 Mos Prob |
| 5/10/79  | Los Angeles, CA | Burglary | No Dispo |
| 4/02/80  | Los Angeles, CA | Felony Asslt Deadly Weap | No Dispo |
| 7/18/80  | Los Angeles, CA | Sell/Transp/Etc/Marij/Hash | 120 Days Jail, 36 Mos Prob |
| 11/20/80 | Frontera, CA    | Sale of Marij-Prob Revoked | 3 Years Confinement |
| 6/11/01  | Fresno, CA      | Force/ADW-Not Firearm, GBI Likely | 364 Days Jail, 24 Mos Prob |
| 10/06/02 | Fresno, CA      | Vehicle Theft | Rel/Detention Only |
| 12/16/06 | Madera, CA      | Cntl Sub Paraphernalia | No Dispo |
| 3/08/07  | Yuma, AZ        | Illegal Entry | 90 Days Jail |
| 6/05/07  | Yuma, AZ        | Illegal Entry | 120 Days Jail |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on November 28, 2007.

Charges:   8 USC§1326          (Felony)
           8 USC§1325          (Felony)
           8 USC§1325          (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 29, 2007
_____      _____
Date                                 Signature of Judicial Officer